United States District Court
District of Massachusetts

| | |
|---|---|
| Athenahealth, Inc. )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>Lauren May, )<br>)<br>    Defendant. )<br>) | Civil Action No.<br>16-11770-NMG |

**ORDER**

GORTON, J.

The Court has reviewed the pleadings filed herein, specifically, the complaint (Docket No. 1), the temporary restraining order entered by Judge Saylor on September 2, 2016 (Docket No. 13), the order of Judge Talwani extending the temporary restraining order on September 12, 2016 (Docket No. 15) and plaintiff's motion for a preliminary injunction (Docket No. 18) which the Court is informed has been served upon defendant's counsel who has neither filed an opposition to such motion nor purportedly responded to an inquiry of plaintiff's counsel to set a date for a hearing of its pending motion.

Accordingly, the Court determines that, to preserve the status quo until this case can be heard on the merits, said motion for a preliminary injunction (Docket No. 18) should be

-2-

and is hereby, **ALLOWED** subject to reconsideration upon the entry of an appearance of defendant's attorney and the request for such a hearing. The preliminary injunction in form attached hereto marked "A" is hereby entered.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated October 3, 2016