# LOCAL RULES

# OF THE UNITED STATES DISTRICT COURT

# FOR THE

# DISTRICT OF MASSACHUSETTS



Including Amendments
Through May 6, 2016

# LOCAL RULES

## OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

Effective September 1, 1990

Including Amendments Effective
Through May 6, 2016

## TABLE OF RULES

| | | |
|---|---|---|
| PREFACE | | 1 |
| RULE 1.1 | TITLE | 2 |
| RULE 1.2 | APPLICATION | 3 |
| RULE 1.3 | SANCTIONS | 4 |
| RULE 3.1 | CIVIL COVER SHEET | 5 |
| RULE 4.1 | SERVICE OF PROCESS--DISMISSAL FOR FAILURE TO MAKE SERVICE | 6 |
| RULE 4.5 | FEES | 7 |
| RULE 5.1 | FORM AND FILING OF PAPERS | 8 |
| RULE 5.2 | SERVICE AND FILING OF PLEADINGS AND OTHER PAPERS | 9 |
| RULE 5.3 | PERSONAL DATA IDENTIFIERS | 10 |
| RULE 5.4 | FILING AND SERVICE BY ELECTRONIC MEANS | 11 |
| RULE 7.1 | MOTION PRACTICE | 13 |
| RULE 7.2 | IMPOUNDED AND CONFIDENTIAL MATERIALS | 15 |
| RULE 7.3 | CORPORATE DISCLOSURE STATEMENT | 16 |
| RULE 10.1 | [DELETED] | 17 |
| RULE 15.1 | ADDITION OF NEW PARTIES | 18 |
| RULE 16.1 | EARLY ASSESSMENT OF CASES | 19 |
| RULE 16.2 | EXEMPTIONS FROM FED. R. CIV. P. 16(b) | 23 |
| RULE 16.3 | CASE MANAGEMENT CONFERENCES | 25 |
| RULE 16.4 | ALTERNATIVE DISPUTE RESOLUTION | 27 |
| RULE 16.5 | FINAL PRETRIAL CONFERENCE | 29 |
| RULE 16.6 | SCHEDULING AND PROCEDURES IN PATENT INFRINGEMENT CASES | 32 |

| | | |
|---|---|---|
| RULE 26.1 | CONTROL OF DISCOVERY | 34 |
| RULE 26.2 | SEQUENCES OF DISCOVERY | 36 |
| RULE 26.3 | PHASING OF DISCOVERY | 37 |
| RULE 26.4 | SPECIAL PROCEDURES FOR HANDLING EXPERTS | 38 |
| RULE 26.5 | UNIFORM DEFINITIONS IN DISCOVERY REQUESTS | 39 |
| RULE 26.6 | COURT FILINGS AND COSTS | 41 |
| RULE 30.1 | PLACE FOR TAKING DEPOSITIONS | 42 |
| RULE 30.2 | OPENING OF DEPOSITIONS | 43 |
| RULE 33.1 | INTERROGATORIES | 44 |
| RULE 34.1 | DOCUMENT PRODUCTION | 46 |
| RULE 35.1 | DISCLOSURE OF MEDICAL INFORMATION IN PERSONAL INJURY CASES | 47 |
| RULE 36.1 | ADMISSIONS | 48 |
| RULE 37.1 | DISCOVERY DISPUTES | 49 |
| RULE 40.1 | ASSIGNMENT OF CASES | 50 |
| RULE 40.2 | CONFLICT OF COURT APPEARANCES | 54 |
| RULE 40.3 | CONTINUANCES | 56 |
| RULE 40.4 | EMERGENCIES AND SPECIAL PROCEEDINGS | 57 |
| RULE 41.1 | DISMISSAL FOR WANT OF PROSECUTION | 58 |
| RULE 43.1 | TRIAL | 59 |
| RULE 48.1 | [DELETED] | 61 |
| RULE 54.3 | [DELETED] | 62 |
| RULE 56.1 | MOTIONS FOR SUMMARY JUDGMENT | 63 |
| RULE 58.2 | SATISFACTION OF JUDGMENTS | 64 |
| RULE 62.2 | SUPERSEDEAS BOND | 65 |
| RULE 67.1 | SURETIES | 66 |
| RULE 67.2 | DEPOSIT IN COURT | 68 |
| RULE 67.3 | DISBURSEMENT OF REGISTRY FUNDS | 70 |
| RULE 67.4 | PAYMENTS AND DEPOSITS MADE WITH THE CLERK | 71 |
| RULE 68.2 | SETTLEMENT | 72 |
| RULE 77.1 | SITTINGS | 73 |
| RULE 77.2 | OFFICE OF THE CLERK | 74 |
| RULE 79.1 | EXHIBITS | 75 |
| RULE 81.1 | REMOVAL | 76 |

RULE 81.2      DEFINITION OF JUDICIAL OFFICER ................................................................. 77

RULE 83.1A     PROCEDURE FOR ADOPTING, RESCINDING AND AMENDING RULES ..................... 78

RULE 83.1B     GENERAL ORDER DOCKET ................................................................................ 79

RULE 83.2A     RELEASE OF INFORMATION BY ATTORNEYS ...................................................... 80

RULE 83.2B     SPECIAL ORDERS FOR THE PROTECTION OF THE ACCUSED OR THE LITIGANTS IN WIDELY PUBLICIZED OR SENSATIONAL CRIMINAL OR CIVIL CASES ....................... 82

RULE 83.3      PHOTOGRAPHING, RECORDING AND BROADCASTING ......................................... 83

RULE 83.3.1    RULE GOVERNING THE PILOT PROGRAM ON PHOTOGRAPHING, RECORDING AND BROADCASTING CIVIL PROCEEDINGS IN THE COURTROOM .................................. 84

RULE 83.3.2    PARTICIPATION IN PILOT PROGRAM .................................................................. 87

RULE 83.4      COURTROOM SEARCHES; COURTROOM SEATING ................................................ 88

RULE 83.5.1    ADMISSION TO THE DISTRICT BAR .................................................................... 89

RULE 83.5.2    APPEARANCES ................................................................................................ 91

RULE 83.5.3    PRACTICE BY PERSONS NOT MEMBERS OF THE BAR ........................................... 92

RULE 83.5.4    PRACTICE BY LAW STUDENTS ........................................................................... 94

RULE 83.5.5    PRACTICE BY *PRO SE* LITIGANTS ..................................................................... 97

RULE 83.5.6    ONGOING OBLIGATIONS .................................................................................. 97

RULE 83.5.7    REGISTRATION FOR ELECTRONIC CASE MANAGEMENT/ELECTRONIC CASE FILES (CM/ECF) ....................................................................................................... 99

RULE 83.6.1    RULES OF PROFESSIONAL CONDUCT ............................................................... 100

RULE 83.6.2    JURISDICTION FOR DISCIPLINARY MATTERS ..................................................... 101

RULE 83.6.3    FORMS OF MISCONDUCT ................................................................................ 102

RULE 83.6.4    FORMS OF DISCIPLINE ................................................................................... 103

RULE 83.6.5    DISCIPLINARY PROCEEDINGS .......................................................................... 104

RULE 83.6.6    TEMPORARY SUSPENSION .............................................................................. 108

RULE 83.6.7    DISBARMENT BY CONSENT ............................................................................. 110

RULE 83.6.8    DISCIPLINE AFTER CRIMINAL CONVICTION ....................................................... 111

RULE 83.6.9    RECIPROCAL DISCIPLINE ................................................................................ 113

RULE 83.6.10   REINSTATEMENT ............................................................................................ 115

RULE 83.6.11   PUBLIC ACCESS AND CONFIDENTIALITY .......................................................... 117

RULE 106.1     GRAND JURIES .............................................................................................. 118

RULE 106.2     RELEASE OF INFORMATION BY COURTHOUSE PERSONNEL IN CRIMINAL CASES   119

RULE 112.1     MOTION PRACTICE ........................................................................................ 120

RULE 112.2   EXCLUDABLE DELAY PURSUANT TO THE SPEEDY TRIAL ACT ............................... 121

RULE 112.4   CORPORATE DISCLOSURE STATEMENT ............................................................ 122

RULE 116.1   DISCOVERY IN CRIMINAL CASES ...................................................................... 123

RULE 116.2   DISCLOSURE OF EXCULPATORY EVIDENCE ......................................................... 126

RULE 116.3   DISCOVERY MOTION PRACTICE ....................................................................... 129

RULE 116.4   SPECIAL PROCEDURES FOR TAPE RECORDINGS.................................................. 131

RULE 116.5   STATUS CONFERENCES AND STATUS REPORTS PROCEDURE .............................. 132

RULE 116.6   DECLINATION OF DISCLOSURE AND PROTECTIVE ORDERS ................................. 135

RULE 116.7   DUTY TO SUPPLEMENT .................................................................................. 136

RULE 116.8   NOTIFICATION TO RELEVANT LAW ENFORCEMENT AGENCIES OF DISCOVERY OBLIGATIONS .................................................................................................. 137

RULE 116.9   PRESERVATION OF NOTES ............................................................................. 138

RULE 116.10  REQUIREMENTS OF TABLE OF CONTENTS FOR VOLUMINOUS DISCOVERY ........ 139

RULE 117.1   PRETRIAL CONFERENCES................................................................................. 140

RULE 117.2   SUBPOENAS IN CRIMINAL CASES INVOLVING COURT-APPOINTED COUNSEL ..... 143

RULE 118.1   EFFECTIVE DATE ............................................................................................ 144

RULE 200     RENUMBERED AND AMENDED--SEE RULE 203 ................................................ 145

RULE 201     REFERENCE TO BANKRUPTCY COURT .............................................................. 146

RULE 202     BANKRUPTCY COURT JURY TRIALS .................................................................. 147

RULE 203     BANKRUPTCY APPEALS .................................................................................. 148

RULE 204     BANKRUPTCY COURT LOCAL RULES................................................................. 152

RULE 205     DISCIPLINARY REFERRALS BY BANKRUPTCY JUDGES.......................................... 153

RULE 206     CORE PROCEEDINGS REQUIRING FINAL ADJUDICATION BY THE DISTRICT COURT.... .................................................................................................................... 154

APPENDIX A  FEE SCHEDULE (LOCAL RULE 4.5 SUPPLEMENT)................................................. 155

APPENDIX B  CIVIL COVER SHEET (JS44)................................................................................ 157

APPENDIX C  LOCAL CIVIL CATEGORY SHEET ......................................................................... 160

APPENDIX D  NOTICE OF SCHEDULING CONFERENCE ............................................................. 162

APPENDIX E  LOCAL RULE 16.6 SUPPLEMENT........................................................................ 164

# PREFACE

At the request of the Committee on Rules and Practice of the Judicial Conference of the United States, local rules dealing with civil practice have been renumbered to key them to the Federal Rules of Civil Procedure. Accordingly, the numbering is not sequential. Criminal Rules will be numbered from 100 to 199, and district court rules relating to bankruptcy from 200 to 299.

### RULE 83.5.3  PRACTICE BY PERSONS NOT MEMBERS OF THE BAR

**(a)**     **Generally.**  An attorney who is not a member of the bar of this district may appear and practice in this court as set forth in this rule.

**(b)**     **Requirement of Good Standing.**  Except as provided in paragraph (e)(5) of this rule, no attorney may appear and practice if he or she:

**(1)**     is not a member of the bar in good standing in every jurisdiction in which the attorney has been admitted to practice; or

**(2)**     is the subject of disciplinary proceedings pending in any jurisdiction in which the attorney is a member of the bar.

**(c)**     **Attorneys for the United States**.  An attorney who is employed by the United States or any of its departments or agencies may appear and practice as an attorney for the United States, any department or agency of the United States, or any officer or employee of the United States.

**(d)**     **Federal Defenders.**  An attorney employed in the Federal Defender's Office in this District may appear and practice as an attorney pursuant to a court appointment or on behalf of his or her office.

**(e)**     **Procedural Requirements for Admission.**

**(1)**     *Leave of Court Required.*  An attorney who is a member of the bar of any United States District Court or the bar of the highest court of any state may appear and practice in this court in a particular case by leave of court.

**(2)**     *Motion by Local Counsel.*  An application for leave to practice in this court shall be made by motion of a member of the bar of this court, who shall also file an appearance.

**(3)**     *Certification by Attorney.*  Any attorney seeking admission under this rule shall file a signed certification that the attorney:

**(A)**     is a member of the bar in good standing in every jurisdiction in which the attorney has been admitted to practice;

**(B)**     is not the subject of disciplinary proceedings pending in any jurisdiction in which the attorney is a member of the bar;

**(C)**     has not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct; and

      **(D)**     has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

   **(4)**    *Payment of Fee.* An attorney seeking admission under this rule shall pay the appropriate fee to the clerk of court.

   **(5)**    *Attorney Subject to Pending Disciplinary Proceedings.* An attorney who otherwise satisfies the requirements of this rule, but who is the subject of disciplinary proceedings pending in another jurisdiction that have not yet been resolved, may seek to appear and practice in this court by providing, in lieu of the certification required by paragraph (e)(3) of this rule, a full explanation of the nature of the proceedings and the alleged underlying conduct. Such an applicant may not be permitted to appear and practice in this court unless the judicial officer concludes that the proceeding is not reasonably likely to result in disbarment or suspension or other serious attorney disciplinary action.

**(f)**    **Attorneys in Removed Cases.** An attorney who is a member of the Massachusetts bar who represents a party in a case that has been removed to this court, and who filed an appearance in that case prior to its removal, may appear and practice in this court in that case upon payment of the fee and the filing of the certification required by paragraph (e)(3) of this rule.

**(g)**    **Attorneys in Multidistrict Litigation Cases.** An attorney who represents a party in a case transferred to this district by the Judicial Panel on Multidistrict Litigation, and who filed an appearance in that case prior to its transfer, may appear and practice in this court in that case under such circumstances as the assigned judge may by order provide.

**(h)**    **Attorneys in Other Transferred Cases.** An attorney who represents a party in a case transferred to this district from another federal district, other than an MDL case, and who filed an appearance in that case prior to its transfer, shall seek admission under this rule within 21 days of the transfer to this court. The court may waive the requirement of local counsel for good cause shown.

**(i)**    **Attorneys in Bankruptcy Cases.** An attorney who has been granted leave to appear *pro hac vice* in the bankruptcy court for this district in a case, contested matter, or adversary proceeding may appear and practice in any appeal, motion to withdraw the reference, or other proceeding pending in that same case, matter, or proceeding in the district court without having to file another motion to appear *pro hac vice* in the district court.

**(j)**    **Emergency Filings.** An attorney who is not a member of the bar of this district may sign a complaint, answer, or other pleading reasonably necessary to prevent the expiration of a period of limitations or an entry of default; provided, however, that any such pleading is accompanied by a motion for admission under this subsection, or such a motion is filed no later than 7 days thereafter.

*Effective September 1, 1990; amended effective February 1, 2012, January 1, 2015.*