United States District Court
District of Massachusetts

| | |
|---|---|
| **Athenahealth, Inc.** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 16-11770-NMG |
| **Lauren May,** ) | |
| ) | |
| Defendant. ) | |

**ORDER**

**GORTON, J.**

1. Upon defendant's request the Court has convened a hearing to reconsider its entry of the preliminary injunction on October 3, 2016 (Docket No. 20) and, after consideration of the arguments of plaintiff's counsel and defendant (appearing pro se telephonically), the Court **REAFFIRMS** the entry of that preliminary injunction and directs the defendant to return custody of the subject computer to plaintiff on or before Wednesday, November 9, 2016.

2. Plaintiff's motion for contempt (Docket No. 22) is **ALLOWED**, in part, and **DENIED**, in part. If defendant fails to return custody of the computer as directed in paragraph 1 of this Order she shall pay to plaintiff Five Hundred Dollars ($500) per day for every day she remains noncompliant. If she complies with this Order, the motion for contempt will be deemed **DENIED** as moot.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated November 2, 2016